O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3399 AHM (CWx) | Date | June 12, 2009 |
|---|---|---|---|
| Title | COUNTRYWIDE HOME LOANS INC. v. CARMEN ROJO, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kendra Bradshaw | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On May 13, 2009, Defendant Carmen Rojo, who is proceeding *pro se*, attempted to remove this action from Los Angeles Superior Court.  By order dated May 22, 2009, this Court ordered Defendant to show cause by not later than June 10, 2009 why the Court should not dismiss this action for lack of jurisdiction.  Defendant has not filed any response to the Order to Show Cause.  In light of her failure to respond, as well as the many deficiencies in the Notice of Removal that the Court identified in its May 22, 2009 Order, the Court hereby REMANDS this case back to the Los Angeles Superior Court.

|  | : |  |
|---|---|---|
| Initials of Preparer | KB | |

JS-6